Shane A. MacIntyre
Robert L. Sterup
BROWN LAW FIRM, P.C.
269 W. Front Street, Suite A
Missoula, MT 59802
Tel (406) 830-3248
Fax (406) 830-3745
smacintyre@brownfirm.com
rsterup@brownfirm.com

*Attorneys for Plaintiff Ballard Petroleum Holdings, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| BALLARD PETROLEUM HOLDINGS, LLC, | Cause No. CV-23-12-BMM |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF DISMISSAL** |
| CHUBB GROUP OF INSURANCE COMPANIES; VIGILANT INSURANCE CO.; and FEDERAL INSURANCE CO., | |
| Defendants. | |

Plaintiff Ballard Petroleum Holdings, LLC, through its counsel of record, hereby notifies the Court that pursuant to Montana Rule of Federal Procedure 41(a)(1) that this matter is dismissed without prejudice.

The Complaint for Declaratory Judgment was filed on February 27, 2023 (Doc. 1).  No Defendant has made a formal appearance. As such, Plaintiff hereby dismisses its Complaint for Declaratory Judgment.

DATED this 27th day of June, 2023

BROWN LAW FIRM, P.C.


By:   /s/ Shane A. MacIntyre
*Attorneys for Plaintiff Ballard Petroleum Holdings, LLC*